JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI E. LAWRENCE,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - PACIFIC MARITIME ASSOCIATION WELFARE PLAN; and BOARD OF TRUSTEES OF THE INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>Defendants. | Case No. CV 14-05930-DMG (ASx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [19]** |

Plaintiff Teri E. Lawrence ("Plaintiff") filed the above-captioned action against Defendants ILWU-PMA Welfare Plan and Board of Trustees of the ILWU-PMA Welfare Plan (collectively "Defendants"). The parties have stipulated to dismiss this action in its entirety, *with* prejudice. Therefore, for good cause shown,

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: November 7, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE